# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA KANE MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| AMERIPRISE FINANCIAL SERVS., LLC; ) | |
| AMPF HOLDING, LLC; ANTHONY JOSEPH ) | |
| SALERNO; and JAMES J. FLAHERTY, JR., ) | JANUARY 24, 2022 |
| Defendants ) | |

## DEFENDANTS' NOTICE OF REMOVAL

**To the Judges of the United States District Court for the District of Connecticut:**

Defendants Ameriprise Financial Services, LLC ("AFS"); AMPF Holding, LLC ("AMPF Holding"); and Anthony Joseph Salerno (collectively the "Ameriprise Defendants")—joined by Defendant James J. Flaherty, Jr.—by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331 and 1441, *et seq.*, hereby remove this action from the Connecticut Superior Court, Judicial District of Stamford, to the United States District Court for the District of Connecticut. In support thereof, the Defendants state as follows:

1. The Plaintiff served an action against the Ameriprise Defendants and the co-defendant James J. Flaherty Jr. Specifically, a marshal allegedly (i) left the service documents as to Salerno and Flaherty at their respective purported usual place of abode on January 3 and 4, 2022, respectively; (ii) served AFS via its claimed agent for service on January 6, 2022; and (iii) served AMPF via the Secretary of State, on January 6, 2022. This action is entitled Patricia Kane Maguire v. Ameriprise Financial Services, LLC, et al., with the docket number FBT-CV22-6054931, a return date of January 25, 2022, and

made returnable to the Connecticut Superior Court, Judicial District of Stamford. A copy of the Summons and Complaint is attached hereto as **Exhibit A**.

2. In the Complaint, Plaintiff asserts (i) a claim of Connecticut statutory theft against the Ameriprise Defendants and (ii) claims of conspiracy to commit statutory theft; aiding and abetting statutory theft; forgery; conspiracy to commit forgery; aiding and abetting forgery; fraud; violations of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961, *et seq.*; and violations of the Connecticut Unfair Trade Practices Act (CUTPA), Conn. Gen. Stat. § 42-110a, *et seq.*, against all defendants.

3. All of the claims in Plaintiff's Complaint arise out of the same general nexus of alleged facts. In brief, Plaintiff is one of the two living children of Agnes Patricia Kane (the "Decedent") who passed away on January 22, 2019. Plaintiff alleges that under a 2016 will, the Decedent left her estate to her two children in equal shares (and named them joint executors). Plaintiff claims that her sister ("Bernadette") convinced Decedent to use Bernadette's own investment adviser (Salerno) as an investment adviser as well. Plaintiff further asserts that Salerno then worked with a friend, Flaherty, and that Decedent then—allegedly due to undue influence or coercion from Bernadette, Salerno, and/or Flaherty—executed a new will in 2017 that left her entire estate to Bernadette and named Bernadette sole executor. Plaintiff also seemingly claims that this 2017 will was falsified, at least in part. The Complaint alleges that several of Decedent's investment accounts—which had supposedly named both sisters as equal beneficiaries—were transferred to Ameriprise, naming Bernadette as the sole beneficiary and/or that the beneficiary designation on another account was changed from both sisters to Bernadette alone. Plaintiff asserts that this was a product of fraud and/or forgery.

4. The Court has original jurisdiction over the RICO claim in the above-captioned matter, pursuant to 28 U.S.C. § 1331, in that it is a "civil action[] arising under the . . . laws . . . of the United States." The Court also has supplemental jurisdiction over all of the Complaint's other counts, pursuant to 28 U.S.C. § 1367, as they all involve the same alleged facts, parties, and issues—namely, the purportedly wrongful change in investment account and probate beneficiary, as briefly summarized above—such that they form part of the same case or controversy. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1331 and 1441.

5. This Notice of Removal is filed within thirty (30) days of the Defendants being notified of this lawsuit and the Defendants have complied with all requirements of 28 U.S.C. § 1446.

6. Pursuant to 28 U.S.C. § 1446(b)(2)(A), Flaherty—the only other defendant named in the Complaint—consents to and joins in the removal sought by Ameriprise Defendants herein. Attorney Michael T. Ryan, (ct05685), Ryan Ryan Deluca LLP, has filed an appearance for Defendant Flaherty in the State Court. Undersigned counsel informed Attorney Ryan of the Ameriprise Defendants intent to remove the case and Attorney Ryan has informed undersigned counsel that his client consents and joins in the removal of the case to District Court. However, in making this filing, neither the Ameriprise Defendants nor Flaherty concede that they were properly served. Additionally, they do not waive any potential defense(s) they may have in this matter.

7. Pursuant to 28 U.S.C. § 1446(d), the Ameriprise Defendants will promptly serve a copy of this Notice of Removal on Plaintiff's counsel and shall file a copy of this

Notice of Removal with the Clerk of the Superior Court for the State of Connecticut in the judicial district of Stamford.

8. Removal of this case is not precluded by the provisions of 28 U.S.C. § 1445.

WHEREFORE, Defendants respectfully request that the above action be removed from the Superior Court, Judicial District of Stamford, State of Connecticut, to this Honorable Court.

>
> DEFENDANTS
> AMERIPRISE FINANCIAL
> SERVICES, LLC; AMPF HOLDING, LLC;
> AND ANTHONY SALERNO
>
> By: /s/ John F. Conway
> John F. Conway (ct04763)
> James E. Ringold (ct29536)
> 150 South Main Street
> Wallingford, CT 06492
> Tele.:   203-265-2035
> Fax:    203-269-3487
> E-Mail:   jconway@lflaw.com,
>           jringold@lflaw.com
> *Attorneys for Defendants Salerno, AFS, and AMPF Holding*
>
> DEFENDANT JAMES J. FLAHERTY, JR.
>
> By: /s/ ct05685
> Michael T. Ryan (ct05685)
> Ryan Ryan Deluca LLP
> 707 Summer Street
> Stamford, CT 06901
> Juris No. 052525
> Tele:   203-357-9200
> E-Mail:   MTRyan@Ryandelucalaw.com
> *Attorney for Defendant James J. Flaherty, Jr.*

**CERTIFICATE OF SERVICE**

I certify that on January 24th, 2022 the foregoing was filed through the Electronic Case Filing System of the United States District Court for the District of Connecticut and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System. A copy was also sent to the following counsel who have appeared for Plaintiff in the state court action.

    Attorney Joseph M. Pastore III
    Attorney Leanne M. Shofi
    Attorney Paul Fenaroli
    Pastore LLC
    4 High Ridge Park, 3rd Floor
    Stamford, CT 06905
    **VIA EMAIL:** jpastore@pastore.net, lshofi@pastore.net, pfenaroli@pastore.net


    Attorney Michael T. Ryan
    Ryan Ryan Deluca LLP
    707 Summer Street
    Stamford, CT 06901
    **VIA EMAIL:** MTRyan@Ryandelucalaw.com


                                          /s/ James E. Ringold
                                          James E. Ringold